1    Matthew Franklin Jaksa (CA State Bar No. 248072)
     HOLME ROBERTS & OWEN LLP
2    560 Mission Street, 25th Floor
3    San Francisco, CA  94105-2994
     Telephone:   (415) 268-2000
4    Facsimile:    (415) 268-1999
     Email:        matt.jaksa@hro.com
5

6    Attorneys for Plaintiffs,
     SONY BMG MUSIC ENTERTAINMENT;
7    ARISTA RECORDS LLC; UMG RECORDINGS,
     INC.; and ELEKTRA ENTERTAINMENT
8    GROUP INC.

9

10                 UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
11

12

13    SONY BMG MUSIC ENTERTAINMENT, a
     Delaware general partnership; ARISTA
14    RECORDS LLC, a Delaware limited liability
     company; UMG RECORDINGS, INC., a
15    Delaware corporation; and ELEKTRA
16    ENTERTAINMENT GROUP INC., a Delaware
     corporation,
17                     Plaintiffs,
18
       v.
19

20    JOHN DOE,
                  Defendant.
21

CASE NO. C07-04859

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

ORIGINAL FILED

SEP 2 0 2007

E-filing

22

23

24

25

26

27

28

Certification of Interested Entities or Persons
Case No.
#32534 v1

1    Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,

2 associations of persons, firms, partnerships, corporations (including parent corporations) or other

3 entities (i) have a financial interest in the subject matter in controversy or in a party to the

4 proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

5 substantially affected by the outcome of this proceeding:

6    The following companies are parents of, or partners in Plaintiff SONY BMG MUSIC

7 ENTERTAINMENT: USCO Holdings Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.;

8 Bertelsmann Music Group; Bertelsmann, Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.;

9 Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded.  Sony

10 Corporation is publicly traded in the U.S.

11    The following companies are parents of, or partners in Plaintiff ARISTA RECORDS LLC:

12 BMG Music; SONY BMG MUSIC ENTERTAINMENT; Ariola Eurodisc LLC; USCO Holdings

13 Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.; Bertelsmann Music Group; Bertelsmann,

14 Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.; Bertelsmann AG; and Sony Corporation, of

15 which only Sony Corporation is publicly traded.  Sony Corporation is publicly traded in the U.S.

16    The following companies are parents of, or partners in Plaintiff UMG RECORDINGS, INC.:

17 Polygram Holding, Inc.; Universal Music Group, Inc.; Vivendi Holding I Corp.; Vivendi Holdings

18 Company; Vivendi Holding S.A.S.; SPC S.A.S.; and Vivendi S.A., of which only Vivendi S.A. is

19 publicly traded.  Vivendi S.A. is publicly traded in France.

20    The following companies are parents of, or partners in Plaintiff ELEKTRA

21 ENTERTAINMENT GROUP INC.:  WMG Acquisition Corp.; WMG Holdings Corp.; and Warner

22 Music Group Corp., of which only Warner Music Group Corp. is publicly traded.  Warner Music

23 Group Corp. is publicly traded in the U.S.

24 Dated:  September 20, 2007                    HOLME ROBERTS & OWEN LLP

25

26 By: _____
                                              MATTHEW FRANKLIN JAKSA
27                                            Attorney for Plaintiffs
                                              SONY BMG MUSIC ENTERTAINMENT; ARISTA
28                                            RECORDS LLC; UMG RECORDINGS, INC.; and
                                              ELEKTRA ENTERTAINMENT GROUP INC.

1