1  Matthew Franklin Jaksa (CA State Bar No. 248072)
2  HOLME ROBERTS & OWEN LLP
   560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:  (415) 268-1999
   Email:    matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   SONY BMG MUSIC ENTERTAINMENT;
7  ARISTA RECORDS LLC; UMG RECORDINGS,
   INC.; and ELEKTRA ENTERTAINMENT
8  GROUP INC.

9

10            UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
11

12

13  SONY BMG MUSIC ENTERTAINMENT, a      CASE NO. C07-04859
    Delaware general partnership; ARISTA
14  RECORDS LLC, a Delaware limited liability
    company; UMG RECORDINGS, INC., a      *EX PARTE* APPLICATION FOR LEAVE
15  Delaware corporation; and ELEKTRA      TO TAKE IMMEDIATE DISCOVERY
    ENTERTAINMENT GROUP INC., a Delaware
16  corporation,
17                    Plaintiffs,
18
          v.
19
20  JOHN DOE,
                      Defendant.
21

22

23

24

25

26

27

28

---

Ex Parte Application for Leave to Take Immediate Discovery
Case No.
#32535 v1

1       Plaintiffs, through their undersigned counsel, pursuant to Federal Rules of Civil Procedure 26

2   and 45, the Declaration of Carlos Linares, and the authorities cited in the supporting Memorandum

3   of Law, hereby apply *ex parte* for an Order permitting Plaintiffs to take immediate discovery.

4       In support thereof, Plaintiffs represent as follows:

5       1.      Plaintiffs, record companies who own the copyrights in the most popular sound

6   recordings in the United States, seek leave of the Court to serve limited, immediate discovery on a

7   third party Internet Service Provider ("ISP") to determine the true identity of Defendant John Doe

8   ("Defendant"), who is being sued for direct copyright infringement.

9       2.      As alleged in the complaint, Defendant, without authorization, used an online media

10  distribution system to download Plaintiffs' copyrighted works and/or distribute copyrighted works to

11  the public. Although Plaintiffs do not know the true name of Defendant, Plaintiffs have identified

12  Defendant by a unique Internet Protocol ("IP") address assigned to Defendant on the date and time

13  of Defendant's infringing activity.

14      3.      Plaintiffs intend to serve a Rule 45 subpoena on the ISP seeking documents that

15  identify Defendant's true name, current (and permanent) address and telephone number, e-mail

16  address, and Media Access Control ("MAC") address. Without this information, Plaintiffs cannot

17  identify Defendant or pursue their lawsuit to protect their copyrighted works from repeated

18  infringement.

19      4.      Good cause exists to allow Plaintiffs to conduct this limited discovery in advance of a

20  Rule 26(f) conference where there are no known defendants with whom to confer.

21      WHEREFORE, Plaintiffs apply *ex parte* for an Order permitting Plaintiffs to conduct the

22  foregoing requested discovery immediately.

23  Dated: September 20, 2007                  HOLME ROBERTS & OWEN LLP

24                                             By:  _____

25                                             MATTHEW FRANKLIN JAKSA
                                               Attorney for Plaintiffs
26                                             SONY BMG MUSIC ENTERTAINMENT; ARISTA
                                               RECORDS LLC; UMG RECORDINGS, INC.; and
27                                             ELEKTRA ENTERTAINMENT GROUP INC.

28

1