AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| X  ACTION     ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| | U.S. District Court, Northern District of California |
| DOCKET NO.      DATE FILED | 450 Golden Gate Ave., 16th Floor, San Francisco, CA 94102 |
| CV 07-04859 CRB       9/20/07 | |

| PLAINTIFF | DEFENDANT |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT ET AL | JOHN DOE |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | (See attached copy of Complaint and Exhibit A) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY | | | |
|---|---|---|---|---|
| | ☐ Amendment | ☐ Answer | ☐ Cross Bill | ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order   ☐ Judgment | ☐ Yes   ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Richard W. Wieking | Maria Loo | September 24, 2007 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

# EXHIBIT A

## JOHN DOE

**IP Address:** 138.202.33.170 2007-01-22 09:05:11 EST    **CASE ID#** 115594895

**P2P Network:** AresWarez    **Total Audio Files:** 961

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
| --- | --- | --- | --- | --- |
| SONY BMG MUSIC ENTERTAINMENT | Jagged Edge | Goodbye | Jagged Little Thrill | 302-328 |
| Arista Records LLC | Donell Jones | You Know That I Love You | Life Goes On | 312-758 |
| UMG Recordings, Inc. | Keke Wyatt | Nothing In This World | Soul Sista | 303-159 |
| Elektra Entertainment Group Inc. | Keith Sweat | Make It Last Forever | Make It Last Forever | 86-761 |
| SONY BMG MUSIC ENTERTAINMENT | Ruff Endz | No More | Love Crimes | 286-516 |
| SONY BMG MUSIC ENTERTAINMENT | Marc Anthony | My Baby You | Marc Anthony | 284-194 |
| UMG Recordings, Inc. | Bobby Brown | Roni | Don't Be Cruel | 93-332 |
| SONY BMG MUSIC ENTERTAINMENT | George Michael | Father Figure | Faith | 92-432 |
| SONY BMG MUSIC ENTERTAINMENT | Ruff Endz | Someone to Love You | Someone to Love You | 318-691 |
| SONY BMG MUSIC ENTERTAINMENT | Ghostface Killah | Love Session | Bulletproof Wallets | 306-966 |