1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:   (415) 268-1999
   Email:       matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   SONY BMG MUSIC ENTERTAINMENT;
7  ARISTA RECORDS LLC; UMG
   RECORDINGS, INC.; and ELEKTRA
8  ENTERTAINMENT GROUP INC.

9                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
10                          SAN FRANCISCO DIVISION
11

12 | SONY BMG MUSIC ENTERTAINMENT, a          | CASE NO. 3:07-CV-04859-CRB
   | Delaware general partnership; ARISTA     |
13 | RECORDS LLC, a Delaware limited liability| Honorable Charles R. Breyer
   | company; UMG RECORDINGS, INC., a         |
14 | Delaware corporation; and ELEKTRA        | ***EX PARTE* APPLICATION TO CONTINUE
   | ENTERTAINMENT GROUP INC., a Delaware     | CASE MANAGEMENT CONFERENCE
15 | corporation,                             | AND [~~PROPOSED~~] ORDER**
16 |            Plaintiffs,
17 |      v.
18 |
19 | JOHN DOE,
   |            Defendant.
20
21
22
23
24
25
26
27
28

Ex Parte Application and [Proposed] Order
Case No. 3:07-cv-04859-CRB
#36369 v1

Plaintiffs respectfully request that the Court continue the case management conference currently set for April 4, 2008 at 8:30 a.m. to July 11, 2008.  As set forth in greater detail below, Plaintiffs have not yet discovered the true identity of the Doe defendant in this case, and will be unable to do so unless the Court grants Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, filed on September 20, 2007 and entered as Docket No. 3.

1. The Court issued a December 26, 2007 Order granting Plaintiffs' previous request (made on the same grounds stated herein) for a 90-day continuance of the case management conference and 120-day extension of time for service of process.

2. Plaintiffs filed the Complaint for Copyright Infringement against Defendant John Doe ("Defendant") on September 20, 2007.  Plaintiffs did not have sufficient identifying information to name Defendant in the Complaint, but were able to identify Defendant by the Internet Protocol address assigned by Defendant's Internet Service Provider – here, University of San Francisco ("USF").

3. In order to determine Defendant's true identity, Plaintiffs filed their *Ex Parte* Application for Leave to Take Immediate Discovery on September 20, 2007, seeking the Court's permission to serve a Rule 45 subpoena on USF.  The Court has not yet ruled on Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery.

4. If the Court grants Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, Plaintiffs will attempt to determine Defendant's identity by serving a Rule 45 subpoena on USF.  If Defendant is identified, Plaintiffs will give Defendant written notice of their claim and attempt to contact Defendant and resolve the dispute.  If the dispute cannot be resolved, Plaintiffs plan to file a First Amended Complaint naming Defendant individually and then proceed to serve process upon him or her.

5. However, unless the Court grants Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, Plaintiffs cannot identify the Doe defendant, initiate settlement talks, or name Defendant individually and begin service attempts.

6. Given the foregoing circumstances, and because there is no known defendant with whom to confer, a case management conference is unnecessary at this time.  Plaintiffs therefore

1 | respectfully request that the Court continue the case management conference currently set for April 4, 2008 at 8:30 a.m. to July 11, 2008.

Dated: March 24, 2008				HOLME ROBERTS & OWEN LLP


						By: _____*/s/ Matthew Franklin Jaksa*____
						       MATTHEW FRANKLIN JAKSA
						       Attorney for Plaintiffs




### [~~PROPOSED~~] ORDER

Good cause having been shown:

**IT IS ORDERED** that the case management conference currently set for April 4, 2008 at 8:30 a.m. be continued to July 11, 2008.


Dated:  _March 26, 2008_		By: _____
						Honorable Charles R. Breyer
						United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2