1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:   (415) 268-1999
   Email:        matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   SONY BMG MUSIC ENTERTAINMENT;
7  ARISTA RECORDS LLC; UMG RECORDINGS,
   INC.; and ELEKTRA ENTERTAINMENT
8  GROUP INC.
9
10                     UNITED STATES DISTRICT COURT
                       NORTHERN DISTRICT OF CALIFORNIA
11
12

13  SONY BMG MUSIC ENTERTAINMENT, a          CASE NO. C 07-04859 CRB
    Delaware general partnership; ARISTA
14  RECORDS LLC, a Delaware limited liability  [PROPOSED] ORDER GRANTING
    company; UMG RECORDINGS, INC., a           PLAINTIFFS' EX PARTE APPLICATION
15  Delaware corporation; and ELEKTRA          FOR LEAVE TO TAKE IMMEDIATE
16  ENTERTAINMENT GROUP INC., a Delaware       DISCOVERY
    corporation,
17                    Plaintiffs,
18       v.
19
20  JOHN DOE,
                      Defendant.
21
22
23
24
25
26
27
28

Proposed Order
Case No. C 07-04859-CRB
#32533 v1

1    Upon the Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, the Declaration of Carlos Linares, and the accompanying Memorandum of Law, it is hereby:

ORDERED that Plaintiffs may serve immediate discovery on University of San Francisco to obtain the identity of Defendant John Doe ("Defendant") by serving a Rule 45 subpoena that seeks documents that identify Defendant, including the name, current (and permanent) address and telephone number, e-mail address, and Media Access Control addresses for Defendant. The disclosure of this information is consistent with University of San Francisco's obligations under 20 U.S.C. 1232g.

IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights under the Copyright Act.

Dated: May 16, 2008            By: _____
                                    United States District Judge