IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SONY BMG MUSIC ENTERTAINMENT,            No. C 07-04859 CRB

    Plaintiff,                               **Clerk's Notice**

  v.

JOHN DOE,

    Defendant.
_____/

YOU ARE NOTIFIED THAT the Court has rescheduled the initial case management conference currently on calendar for July 11, 2008 to **Monday, July 07, 2008 at 8:30 a.m.** before the Honorable Charles R. Breyer. The case management statement shall be file on or before July 1, 2008.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: June 24, 2008                              FOR THE COURT,

                                                      Richard W. Wieking, Clerk

                                                      By: _____
                                                           Barbara Espinoza
                                                          Courtroom Deputy