1  Dawniell Alise Zavala (CA State Bar No. 253130)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:   (415) 268-1999
   Email:        dawniell.zavala@hro.com
5
6  Attorneys for Plaintiffs,
   SONY BMG MUSIC ENTERTAINMENT;
7  ARISTA RECORDS LLC; UMG RECORDINGS,
   INC.; and ELEKTRA ENTERTAINMENT
8  GROUP INC.
9

10                   UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
11                       SAN FRANCISCO DIVISION
12

13 | SONY BMG MUSIC ENTERTAINMENT, a | CASE NO. C 07-04859 CRB
   | Delaware general partnership; ARISTA |
14 | RECORDS LLC, a Delaware limited liability | Honorable Charles R. Breyer
   | company; UMG RECORDINGS, INC., a |
15 | Delaware corporation; and ELEKTRA | **NOTICE OF VOLUNTARY DISMISSAL**
16 | ENTERTAINMENT GROUP INC., a Delaware | **WITHOUT PREJUDICE**
   | corporation, |
17
18              Plaintiffs,
19      v.
20
21  JOHN DOE,
                  Defendant.
22

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
Case No. C 07-04859-CRB
#38439 v1

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs Sony Bmg Music Entertainment, et al., by and through their attorneys, voluntarily dismiss without prejudice their copyright infringement claim against Defendant John Doe, also identified as ID # 115594895 with IP address 138.202.33.170 2007-01-22 09:05:11 EST, each party to bear its/his own fees and costs. The Clerk of Court is respectfully requested to close this case

Dated:  June 25, 2008                                  HOLME ROBERTS & OWEN LLP

                                                       By:  _____/s/ Dawniell Alise Zavala___
                                                              DAWNIELL ALISE ZAVALA
                                                              Attorney for Plaintiffs
                                                              SONY BMG MUSIC
                                                              ENTERTAINMENT; ARISTA
                                                              RECORDS LLC; UMG
                                                              RECORDINGS, INC.; and ELEKTRA
                                                              ENTERTAINMENT GROUP INC